On March 20th, 20217, Malden Court issued a restraining order in R/E: Nancy Morino Frizzi v. Richard Porter. Porter has the address of 825 Newton Street, Boston, MA. D.O.B 1960. Morino filed police complaints with the Wakefield Police Dept on three occasions and did file complaints against me at the Malden Court. They charged violation of a restraining order. They filed perjured police complaints. On November 12th, 2020, three Mass State Troopers broke into 54 School Street, Woburn, MA, my home. They cuffed me and took me to a police station. There they did not book me or fingerprint me. They took me to the Malden Court. Malden Court who ordered me to go to the Worcester Recovery Center and Hospital. I was to have a 16-day evaluation. The hospital told me I was sentenced for six months. They lied and there was no trial or sentence. They held me for nine months with no court order. They drugged me and held me against my will. All the time the warrant was for Richard Porter of Boston, MA.

On 7-30-2021, a petition against Richard Porter was filed with the Worcester District Court. The hospital used Nancy Morino via video to testify against Porter. All the time they held me. On 4-5-2022 my attorney, Fred Doyle, filed an appeal and an order for discharge. The Department of Mental Health and the Hospital were served. I had been held for 1 ½ years. On 8-30-2022 the Worcester Recovery Center and Hospital, Commonwealth, Department of Mental Health obtained a second commitment while under appeal. On March 21st, 2022, Fred Doyle dismissed the appeal. On March 27th, 2023, I filed a G.L.C 123§9 (b) application for discharge. This case is pending in Superior Court

I lost $600,000 in anticipated wages, SSI income $30,000, rental income $2,000,000. The house Nancy Morino lives in is deeded to my trust. It had been in US Bankruptcy Court six times. I hold the deed. The value is $789,900. My civil rights have been violated.

Plaintiff:

x _Richard W Porter Jr_

Richard W. Porter, Jr. RWPJR.
309 Belmont Street
Worcester, MA 01604

9-11-2023

Docket NO.